# Third District Court of Appeal

## State of Florida

Opinion filed July 10, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1717
Lower Tribunal No. F07-17556
_____

**Marhlau Beliziare,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Daniel J. Tibbitt, P.A., and Daniel Tibbitt, for appellant.

Ashley Moody, Attorney General, and David Llanes, Assistant Attorney General, for appellee.

Before EMAS, SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Long v. State</u>, 183 So. 3d 342 (Fla. 2016) (adopting two-pronged test, analogous to that of <u>Strickland v. Washington</u>, 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984), to determine whether a plea should be vacated based on a claim of newly-discovered evidence); <u>Grosvenor v. State</u>, 874 So. 2d 1176, 1181-82 (Fla. 2004) ("[I]n determining whether a reasonable probability exist that the defendant would have insisted on going to trial, a court should consider the totality of the circumstances surrounding the plea, including factors such as whether a particular defense was likely to succeed at trial, the colloquy between the defendant and the trial court at the time of the plea, and the difference between the sentence imposed under the plea and the maximum possible sentence the defendant faced at trial.")